JS 44 (Rev. 10/20)

# CIVIL COVER SHEET

3 *County in which action arose:* Huron

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

35

## I. (a) PLAINTIFFS
Stapleton John J.

**DEFENDANTS**
Siminski Larry
Zoning Inspector

**(b)** County of Residence of First Listed Plaintiff Huron Mi.
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant Huron
*(IN U.S. PLAINTIFF CASES ONLY)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Pro Se

Case:2:22-cv-12036
Judge: Borman, Paul D.
MJ: Altman, Kimberly G.
Filed: 08-30-2022 At 11:57 AM
CMP JOHN STAPLETON V LARRY SIMINSKI
, ET AL (LG)

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question *(U.S. Government Not a Party)*
- [ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(For Diversity Cases Only)* and One Box for Defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 422 Appeal 28 USC 158 | [ ] 375 False Claims Act |
| [ ] 120 Marine | [ ] 310 Airplane | [ ] 365 Personal Injury - Product Liability | [ ] 690 Other | [ ] 423 Withdrawal 28 USC 157 | [ ] 376 Qui Tam (31 USC 3729(a)) |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | [ ] 367 Health Care/ | | | [ ] 400 State Reapportionment |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander | Pharmaceutical Personal Injury Product Liability | | **PROPERTY RIGHTS** | [ ] 410 Antitrust |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability | [ ] 368 Asbestos Personal Injury Product Liability | | [ ] 820 Copyrights | [ ] 430 Banks and Banking |
| [ ] 151 Medicare Act | [ ] 340 Marine | | | [ ] 830 Patent | [ ] 450 Commerce |
| [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans) | [ ] 345 Marine Product Liability | **PERSONAL PROPERTY** | | [ ] 835 Patent - Abbreviated New Drug Application | [ ] 460 Deportation |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle | [ ] 370 Other Fraud | **LABOR** | [ ] 840 Trademark | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability | [ ] 371 Truth in Lending | [ ] 710 Fair Labor Standards Act | [ ] 880 Defend Trade Secrets Act of 2016 | [ ] 480 Consumer Credit (15 USC 1681 or 1692) |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury | [ ] 380 Other Personal Property Damage | [ ] 720 Labor/Management Relations | | [ ] 485 Telephone Consumer Protection Act |
| [ ] 195 Contract Product Liability | [ ] 362 Personal Injury - Medical Malpractice | [ ] 385 Property Damage Product Liability | [ ] 740 Railway Labor Act | **SOCIAL SECURITY** | [ ] 490 Cable/Sat TV |
| [ ] 196 Franchise | | | [ ] 751 Family and Medical Leave Act | [ ] 861 HIA (1395ff) | [ ] 850 Securities/Commodities/ Exchange |
| | | | [ ] 790 Other Labor Litigation | [ ] 862 Black Lung (923) | [ ] 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | [ ] 791 Employee Retirement Income Security Act | [ ] 863 DIWC/DIWW (405(g)) | [ ] 891 Agricultural Acts |
| [ ] 210 Land Condemnation | [ ] 440 Other Civil Rights | **Habeas Corpus:** | | [ ] 864 SSID Title XVI | [ ] 893 Environmental Matters |
| [ ] 220 Foreclosure | [ ] 441 Voting | [ ] 463 Alien Detainee | | [ ] 865 RSI (405(g)) | [ ] 895 Freedom of Information Act |
| [ ] 230 Rent Lease & Ejectment | [ ] 442 Employment | [ ] 510 Motions to Vacate Sentence | | | [ ] 896 Arbitration |
| [ ] 240 Torts to Land | [ ] 443 Housing/ Accommodations | [ ] 530 General | | **FEDERAL TAX SUITS** | [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment | [ ] 535 Death Penalty | **IMMIGRATION** | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 950 Constitutionality of State Statutes |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities - Other | **Other:** | [ ] 462 Naturalization Application | [ ] 871 IRS—Third Party 26 USC 7609 | |
| | [ ] 448 Education | [ ] 540 Mandamus & Other | [ ] 465 Other Immigration Actions | | |
| | | [ ] 550 Civil Rights | | | |
| | | [ ] 555 Prison Condition | | | |
| | | [ ] 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Title 18 USC United Nations Charter of rights 241,242 Title 42

Brief description of cause:
Erosion of rights 1982,1983,1985,1981

## VII. REQUESTED IN COMPLAINT:

- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P. not less

DEMAND $ Plus $1.00 use Colony medical Bills

CHECK YES only if demanded in complaint:
JURY DEMAND: [X] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY

*(See instructions)*   JUDGE _____   DOCKET NUMBER _____

DATE _____   SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

Attached Cover sheet 2/34

Cause of Action

— violation of United nations
Charter of Rights

— Title 18, USC 241, 242

— title 42 USC
1982, 1983, 1985
1986
— unjust enrichment.

Description
Erosion of constitution
violation of U.N. Charter

— Conceived by Hate Crime

Demand — Erosion of constitution
not less than $1,00 one dollar by
jury Trial Plus medical costs
Plus Land use Penalities by legal
no Tress Pass sign. Plus penalite

MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name _JoHN J. STAPLETON_

Street Address _8456 MILL ST._

City and County _Port Austin mi   Huron_

State and Zip Code _P.O Box 73 Kindie Mi._

Telephone Number _48445_

E-mail Address _____

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known).  Attach additional pages if needed.

Defendant No. 1

Name _JoHN or Jane Doe_

Job or Title (if known) _INStigators of erosian_

Street Address _of Constitution_

City and County _Protected by Luck_

State and Zip Code _of Warrant._

Telephone Number

E-mail Address (if known) _____

Defendant No. 2

Name _Scott Kasper_

Job or Title (if known)

Street Address _8751 w Hellens Road_

City and County _Port Austin      Huron_

State and Zip Code _P.O 747  ' Michigan 48467_

Telephone Number _____

E-mail Address (if known) _____

2

Defendant No.

3

Name _Schillinger Louise_ 4/34

Job or Title
(if known) _____

Street Address _8751 W Hellens Rd_

City and County _P.O 747_

State and Zip Code _Port Austin mich_

Telephone Number _48467_

E-mail Address
(if known) _____

Defendant No.

4

Name _Jodoin Diane_

Job or Title
(if known) _____

Street Address _8751 W Hellen Rd_

City and County _P.O. 747_

State and Zip Code _Port Austin mich_

Telephone Number _48467_

E-mail Address
(if known) _____

2

Defendant No.

5

Name _Rousseaux Brand T._

Job or Title
(if known) _____

Street Address _8751 w Hellens Rd._

City and County _Port Austin    Huron_

State and Zip Code _mich.    48467_

Telephone Number _P.O 747_

E-mail Address
(if known) _____

Defendant No. 4

Name _____

Job or Title
(if known) _____

Street Address _____

City and County _____

Defendant No. 1

8/34

6

**Name** SIMINSKI Larry

**Job or Title (if known)**

**Street Address** 8751 W Hellens Road

**City and County** Port Hustin Huron

**State and Zip Code** Michigan 48467

**Telephone Number**

**E-mail Address (if known)** P.O. 747

Defendant No.

7

**Name** NIENALTOWSKI Paul

**Job or Title (if known)**

**Street Address** 8751 W Hellens Road

**City and County** Port Hustin Huron

**State and Zip Code** P.O 747 Michigan 48467

**Telephone Number**

**E-mail Address (if known)**

2

Defendant No.

8

**Name** NIENALTOWSKI Amanda

**Job or Title (if known)**

**Street Address** 8751 W Hellens Rd

**City and County** Port Hustin Huron

**State and Zip Code** Michigan 48467

**Telephone Number**

**E-mail Address (if known)** P.O. 747

Defendant No.

9

**Name** Boswell Raymond

**Job or Title (if known)** 3262 Pount of Bargues rd Port Austin Michigan 48467

**Street Address** -0747

**City and County**

Defendant No. 1

**10**

Name: Ferris Juhlenne M. 34

Job or Title (if known):

Street Address: 8751 W Hellens Rd

City and County: Port Austin Mi.

State and Zip Code: Michigan 48467

Telephone Number: P.O. 747

E-mail Address (if known):

Defendant No.

**11**

Name: O'MARA Kyle T.

Job or Title (if known):

Street Address: 8751 W Hellens Rd

City and County: Port Austin Huron

State and Zip Code: Michigan 48467

Telephone Number: P.O 747

E-mail Address (if known):

2

Defendant No.

**12**

Name: Ferris JoHN T

Job or Title (if known):

Street Address: 8751 Hellens Rd

City and County: Port Austin Huron

State and Zip Code: Michigan 48467

Telephone Number: P.O 747

E-mail Address (if known):

Defendant No. 4

Name:

Job or Title (if known):

Street Address:

City and County:

State and Zip Code:

7/34

Defendant No

*13*

Name **SCHwedler JoHn D**

Job or Title
(if known)

Street Address **8751 w Hellens Rd**

City and County **Port Austin         Huron**

State and Zip Code **P.O 747**

Telephone Number **Michigan   48467**

E-mail Address
(if known)

Defendant No

*14*

Name **ATwell   JoHn**

Job or Title
(if known)

Street Address **8751 w Helen   Road.**

City and County **Port Austin        Huron**

State and Zip Code **Michigan       48467**

Telephone Number

E-mail Address
(if known)

2

---

Defendant No. 3

Name _____

Job or Title
(if known) _____

Street Address _____

City and County _____

State and Zip Code _____

Telephone Number _____

E-mail Address
(if known) _____

Defendant No. 4

Name _____

Job or Title
(if known) _____

Street Address _____

City and County _____

State and Zip Code _____

MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

**A.    If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Tittle 18 USC Sec 241, 242
Title 42 USC Sec 1982, 1983, 1985, 1986
United Nation Charter of Rights
Declaration of the protection of All Persons
Subject to Torture (UN) Attach Sheet

**B.    If the Basis for Jurisdiction Is Diversity of Citizenship**

1.    The Plaintiff(s)

   a.    If the plaintiff is an individual
         The plaintiff, *(name)* JOHN J. STAPLETON
         is a citizen of the State of *(name)* MICHIGON.

   b.    If the plaintiff is a corporation
         The plaintiff, *(name)* _____,
         is incorporated under the laws of the State of *(name)*
         _____, and has its principal place of business in the
         State of *(name)* _____.

         *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

   a.    If the defendant is an individual
         The defendant, *(name)* JOHN DOE, is a citizen of the
         State of *(name)* Michigan. *Or is a citizen of (foreign nation)* _____
         Plus Others. Pages 2-6

   b.    If the defendant is a corporation
         The defendant, *(name)* _____, is incorporated
         under the laws of the State of *(name)* _____, and
         has its principal place of business in the State of *(name)*
         _____. *Or is incorporated under the laws of*
         *(foreign nation)* _____, and has its principal place
         of business in *(name)* _____.

         *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

4

MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

3.   The Amount in Controversy *To Be Determined by Jury.*

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

*Plaintiff Claims Damage Not Less Than $1.00 plus medical costs plus land use fees of defendents by eroding Constitution*

**III.   Statement of Claim** *Rights & Violation of un Charter through Hate Crime*

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

*Defendent #1 by Intolerance & Naracistic Tendencies Activated a Hate Crime upon the plaintiff*

*Defendent #2 re-affirmed position to Create a erosion of Constitution rights and became a vigilante*

*Defendent #3 enforced erosion of Constitution causing physical & mental malad to plaintiff.*

*Defendent #4 re-affirmed vigilaties Actions*

5

Defendant #5

By his Action violated

5 US Code E 331 — Oath of office

resulting becong a vigilanti.

Defendant #6.

Knowledge of instigators gave rise to mental Breakdown of Appellant & Acquiring monies due for Land us upon Tresspass order.

Defendant #7.

Has Commaradie with other Defendents erasing Oath of Office

Defendant #8

Relation ship with Defendent #7 erases oath of office & enhances purge upon Appellant.

34

Defendant #9.

Did   Willfully omit, Neglect.
or refuse to discharge his duties of
office According to Oath of office

Defendent.
#10   By  oath of occupation
did violate such oath without

resurvation

Defedent #
11. by Association d. oath did not
bring about. A Condemnation af.
Associates


Defedent
#12   Hired On  to Suppress
Appleants constitution rights
the United nation charter
and ratify Hate crimes by
Instigators

12/34

Defendent
#13

Did wilfully failing to Discharge
Duties by Oath of Office

Defedent
#14   By his position eraded
the Appellant constitution rights &
Association of othe Defendents
violated Oauth of office with.
Malace & Narcistic motives with
In toherance.

989-670-1154

Purge for perfection
of life style

On Jan 17/20 police officer
served papers upon me at
8456 mill st to purge my
life style — united nations
Charter of rights & Constitutional
rights. This is by a guarantee
of a seal of the Hate crime
July as you are reading
it. It is my resolve to
Mediate. The Constitution
al Approval having I trust us
of united states of America
rights. The U States
old York
United Nations

LEGAL NOTICE

NO TRESPASSING

TO ALL PERSONS, OFFICERS, AND GOVERNMENTAL AGENCIES INCLUDING, BUT NOT LIMITED TO: FEDERAL OFFICERS OF THE IRS, HEW, HUD, ENVIRONMENTAL, HEALTH, SOCIAL SERVICE WORKERS AND OTHER UNCONSTITUTIONAL AGENCIES: AND TO ALL LOCAL MEMBERS OF PLANNING AND ZONING BOARDS:

TITLE 18 U.S.C. SEC. 241. 242  TITLE 42 U.S.C. SEC. 1982, 1983, 1985, and 19

# WARNING

## YOU ARE HEREBY ADVISED OF THE FOLLOWING FEDERAL CRIMINAL LAW

"If two or more persons conspire to injure, oppress, threaten, or intimidate any citizen in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or the Laws of the United States, or because of his having exercised the same; or

If two or more persons go in disguise on the highway, or on the premises of another, with the intent to prevent or hinder his free exercise or enjoyment of any right or privilege so secured –

They shall be fined not more than $10,000 or imprisoned not more than ten years or both; and if death results, they be subject to imprisonment for any term of years or for life."

## LAND USE FEE $5,000 PER PERSON PER DAY, OR ANY PART THEREOF

MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

**IV.    Relief**

State briefly and precisely what damages or other relief the plaintiff asks the ~~court to~~ order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Damages    not Les $/.00 for erosion of Rights

— Medical costs due to Action of Defedats

— Land use as persciibed in Tresspass Notice

— Punitive damages

— resignation af officals.

— Criminah prosecution

— Attaments contAin continuing Erosion of Rights Plus un. Charter of rights plus other treaties

money     May Ads further Documents As AvAilable Claimes for damages.

Title 18 USC Sec 241, 242
Title 42 USC Sec -1982, 1983, 1985, 1986

—Land use fee Per Defendent

— Seizure of property f chatthes as Per scribed by Law.

ReLeif

as of the filing of this
Civil Action the property
of 8456 mill st port Austin michigan
48467 is still under seige by
the cugeolenti defendents County
mental anguish & physical
Challenges by their Actions and
Continue to do so as cl
Am having to regularly research
my legal rights with Poverty
I to protect my oath to
protect the Constitution of the united
Stoles of America from foreign &
Domestic enemies

08/19/22

July 5, 2022
**PROCLAMATION FOR FREEDOM FOR 2022**

**Here ye, Here ye, Here ye.** Let it be known that the vigilante officials has tacked the property of 8456 Will Street, Port Austin, Michigan 48467 commencing I believe on May 27, 2022. It is reinstating the meter to begin again with a commencement of their actions.

I the resident of this location, retired Teamster and disabled person shall protect the U.S. Constitution and the treaties namely: namely **United Nations Charter of Rights** for the protection of the vigilante proceedings and not warranted and failure to not heed the trespass declaration upon this site.

Without dishonor.

Title 18, U.S.C., Section 242 Deprivation of Rights Under Color of Law

U.S. Code, Title 18, Section 242</A>

This statute makes it a crime for any person acting under color of law, statute, ordinance, regulation, or custom to willfully deprive or cause to be deprived from any person those rights, privileges, or immunities secured or protected by the Constitution and laws of the U.S.

This law further prohibits a person acting under color of law, statute, ordinance, regulation or custom to willfully subject or cause to be subjected any person to different punishments, pains, or penalties, than those prescribed for punishment of citizens on account of such person being an alien or by reason of his/her color or race.

Acts under "color of any law" include acts not only done by federal, state, or local officials within the bounds or limits of their lawful authority, but also acts done without and beyond the bounds of their lawful authority; provided that, in order for unlawful acts of any official to be done under "color of any law," the unlawful acts must be done while such official is purporting or pretending to act in the performance of his/her official duties. This definition includes, in addition to law enforcement officials, individuals such as Mayors, Council persons, Judges, Nursing Home Proprietors, Security Guards, etc., persons who are bound by laws, statutes ordinances, or customs.

Punishment varies from a fine or imprisonment of up to one year, or both, and if bodily injury results or if such acts include the use, attempted use, or threatened use of a dangerous weapon, explosives, or fire shall be fined or imprisoned up to ten years or both, and if death results, or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse or an attempt to commit aggravated sexual abuse, or an attempt to kill, shall be fined under this title, or imprisoned for any term of years or for life, or both, or may be sentenced to death.

Title 18, U.S.C., Section 245 Federally Protect-

Notice of disabilties of defendent

to whom may cocern

this notice by the defendents medical personell brings

light perils  that should brng  toligt for midigatio

without dishonor

7/26/22

**Great Lakes Bay Health Centers Thumb Area**
876 N Van Dyke   Bad Axe, MI 48413-9016
(989) 623-0137  Fax: (989) 759-6417



July 22, 2022

To whom it may concern:

Patient name:  John Stapleton
Patient date of birth:  03/13/1945

John Stapleton was seen in this office on the following dates in 2020 7/7, 7/28, 9/1, 11/17, and 12/23. He was seen in 2021 on 3/29, 4/19, 5/17, 6/4, 6/7, 7/14, 7/28, 8/11, 8/18, 8/30, 9/8, 9/13, 11/12, 12/8, and 12/20. He was also seen in 2022 on 1/3, 1/28, 2/23, 3/7, 3/9, 4/6, 5/6, 5/23, 6/8, 6/17, and 7/20. He was seen in the office for the followup of behavioral health conditions Chronic depression, and situational anxiety. This patient suffers from situational anxiety thus increases patient blood pressure at times. The patient was hospitalized on 7/7/2020 at Mclaren Thumb Region and then transferred to Forestview hospital from 7/8/2020 to 7/27/2020. Following discharge from the hospital patient has been following up on above conditions at this office. Further information available upon request. Thank you.

Signature:
Diana Hickey FNP-C

# Lawyer's Oath

Print the Oath: Suitable for Framing

I do solemnly swear (or affirm):

I will support the Constitution of the United States and the Constitution of the State of Michigan;

I will maintain the respect due to courts of justice and judicial officers;

I will not counsel or maintain any suit or proceeding which shall appear to me to be unjust, nor any defense except such as I believe to be honestly debatable under the law of the land;

I will employ for the purpose of maintaining the causes confided to me such means only as are consistent with truth and honor, and will never seek to mislead the judge or jury by any artifice or false statement of fact or law;

I will maintain the confidence and preserve inviolate the secrets of my client, and will accept no compensation in connection with my client's business except with my client's knowledge and approval;

I will abstain from all offensive personality, and advance no fact prejudicial to the honor or reputation of a party or witness, unless required by the justice of the cause with which I am charged;

I will never reject, from any consideration personal to myself, the cause of the defenseless or oppressed, or delay any cause for lucre or malice;

I will in all other respects conduct myself personally and professionally in conformity with the high standards of conduct imposed upon members of the bar as conditions for the privilege to practice law in this State.

"I solemnly swear that I will support the Constitution of the United States, . . ."

As officers of the courts, lawyers are sworn to support the Constitution not just of the state in which they seek to practice, but above all, to support the Constitution of the United States. This promise is included first in every state's attorney oath, and it is the most important promise that a new attorney will make. It commands an attorney to take action to ensure the supreme law of the land is followed and upheld. This promise is a burden on all lawyers—every lawyer must defend the US Constitution, in all ways, at all times.

Current events have caused us to look closer at this promise. Are we obligated to defend the Constitution if a client is paying us to do the opposite? Are we required to support the Constitution when our desired outcome justifies its subversion? Without question or qualification, the answer is "yes." A prerequisite of your license is your inviolable promise that you will always support and defend the Constitution in all situations. Lawyers may not take actions, advocate for positions, or demand relief that would cause them to do otherwise; this is, above all, our most sacred promise.

LII > U.S. Code > Title 5 > PART III > Subpart B > CHAPTER 33 > SUBCHAPTER II > § 3331

# 5 U.S. Code § 3331 - Oath of office

U.S. Code    Notes

An individual, except the President, elected or appointed to an office of honor or profit in the civil service or uniformed services, shall take the following oath: "I, AB, do solemnly swear (or affirm) that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. So help me God." This section does not affect other oaths required by law.

(Pub. L. 89–554, Sept. 6, 1966, 80 Stat. 424.)



>>Start Now

8/13/2020                    OHCHR | Declaration on the Protection of All Persons from Being Subjected to Torture

Case 1:22-cv-12036-TLL-PTM   ECF No. 1, PageID.24   Filed 08/30/22   Page 24 of 35
Go to navigation | Go to content                                                العربية | 中文 | **English** | Français | Русский | Español

WHAT ARE HUMAN RIGHTS?            DONATE

HOME        ABOUT US        ISSUES        HUMAN RIGHTS        WHERE WE        HUMAN RIGHTS        NEWS AND        PUBLICATIONS AND
                                           BY COUNTRY          WORK             BODIES             EVENTS          RESOURCES

English > Professional Interest > **Declaration on the Protection of All Persons from Being Subjected to Torture**

# Declaration on the Protection of All Persons from Being Subjected to Torture and Other Cruel, Inhuman or Degrading Treatment or Punishment

## Adopted by General Assembly resolution 3452 (XXX) of 9 December 1975

### Article 1

1. For the purpose of this Declaration, torture means any act by which severe pain or suffering, whether physical or mental, is intentionally inflicted by or at the instigation of a public official on a person for such purposes as obtaining from him or a third person information or confession, punishing him for an act he has committed or is suspected of having committed, or intimidating him or other persons. It does not include pain or suffering arising only from, inherent in or incidental to, lawful sanctions to the extent consistent with the Standard Minimum Rules for the Treatment of Prisoners.

2. Torture constitutes an aggravated and deliberate form of cruel, inhuman or degrading treatment or punishment.

### Article 2

Any act of torture or other cruel, inhuman or degrading treatment or punishment is an offence to human dignity and shall be condemned as a denial of the purposes of the Charter of the United Nations and as a violation of the human rights and fundamental freedoms proclaimed in the Universal Declaration of Human Rights.

### Article 3

No State may permit or tolerate torture or other cruel, inhuman or degrading treatment or punishment. Exceptional circumstances such as a state of war or a threat of war, internal political instability or any other public emergency may not be invoked as a justification of torture or other cruel, inhuman or degrading treatment or punishment.

### Article 4

Each State shall, in accordance with the provisions of this Declaration, take effective measures to prevent torture and other cruel, inhuman or degrading treatment or punishment from being practised within its jurisdiction.

### Article 5

The training of law enforcement personnel and of other public officials who may be responsible for persons deprived of their liberty shall ensure that full account is taken of the prohibition against torture and other cruel, inhuman or degrading treatment or punishment. This prohibition shall also, where appropriate, be included in such general rules or instructions as are issued in regard to the duties and functions of anyone who may be involved in the custody or treatment of such persons.

### Article 6

Each State shall keep under systematic review interrogation methods and practices as well as arrangements for the custody and treatment of persons deprived of their liberty in its territory, with a view to preventing any cases of torture or other cruel, inhuman or degrading treatment or punishment.

### Article 7

Each State shall ensure that all acts of torture as defined in article 1 are offences under its criminal law. The same shall apply in regard to acts which constitute participation in, complicity in, incitement to or an attempt to

See also

The core international human rights instruments

Universal human rights instruments

Charter of the United Nations

The International Bill of Human Rights

Universal Declaration of Human Rights 1948

Links

Human rights conferences

Human rights bodies

Publications

The 20th Anniversary of the OHCHR

VDPA booklet (20th anniversary edition - PDF)



■■ Microsoft
■■ Bing          unjustenrichment                                    🎤 📷

ALL      VIDEOS      IMAGES      MAPS      NEWS      SHOPPING

831,000 Results      Any time ▾

## Videos of unjustenrichment

bing.com/videos





13. Contracts: Unjust          Unjust Enrichment in Your      LAWSG108: Restitution of
Enrichment                     Florida Lawsuit                Unjust Enrichment //
                                                              Professor Charles Mitchell

35K views · Sep 20, 2012       52 views · 11 months ago       1.9K views · Mar 6, 2017
YouTube › Center for Inn...     YouTube › Pankauski Ha...     YouTube › UCL Laws





Unjust Enrichment | Judge          Unjust enrichment          What is Unjust Enrichment
Rinder

651 views · Apr 23, 2018       484 views · May 22, 2019      · 529 views · Jul 13, 2019
YouTube › Judge Rinder       YouTube › Project Jurisp...     YouTube › Attorney Thou...

See more videos of unjustenrichment

## Unjust enrichment legal definition of unjust enrichment

https://legal-dictionary.thefreedictionary.com/unjust+enrichment ▾

**Unjust Enrichment** A general equitable principle that no person should be allowed to profit at
another's expense without making restitution for the reasonable value of any property, services, or
other benefits that have been unfairly received and retained.

## Unjust enrichment - Wikipedia

https://en.wikipedia.org/wiki/Unjust_enrichment ▾

**Overview**      History      Framework      National systems      See also

In contract law, unjust enrichment occurs when one person is enriched at the expense of another
in circumstances that the law sees as unjust. Where an individual is unjustly enriched, the law
imposes an obligation upon the recipient to make restitution, subject to defences such as change
of position. Liability for an unjust (or unjustified) enrichment arises irrespective of wrongdoing on
the part of the recipient. The concept of unjust enrichment can be traced to Roman law and the ...

Wikipedia · Text under CC-BY-SA license

## Unjust enrichment | Wex | US Law | LII / Legal Information ...

https://www.law.cornell.edu/wex/unjust_enrichment ▾

**Overview**      How to Recover Under A Claim of Un...      Guiding Principles

Unjust enrichment occurs when Party A confers a benefit upon Party B without Party A receiving
the proper restitution required by law. This typically occurs in a contractual agreement when Party
A fulfills his/her part of the agreement and Party B does not fulfill his/her part of the
agreement.Unjust Enrichment is distinguished from a gift, as a gift is given without the reasonable
expectation of receiving something in return. As such, when Party A gives Party B a gift, Party A ...

## Unjust Enrichment

In contract law, unjust enrichment occurs
when one person is enriched at the
expense of another in circumstances
that the law sees as unjust. Where an
individual is unjustly enriched, the law
imposes an obligation upon the recipient
to make restitution, subject to defences
such as change of position. Liability for
an unjust (or unjustified) enrichment
arises irrespective of wrongdoing on the
part of the recipient. The concept of
unjust enrichment can be traced to
Roman law and the maxim that "no one
should be benefited at another's
expense": nemo locupletari potest aliena
iactura or nemo locupletari debet cum
aliena iactura.

W Wikipedia

Data from: Wikipedia

Suggest an edit





unjust enrichment - Bing

See more on law.cornell.edu

**Unjust Enrichment Law and Legal Definition | USLegal, Inc.**
https://definitions.uslegal.com/u/unjust-enrichment ▾
**Unjust enrichment** means when a person unfairly gets a benefit by chance, mistake or another's misfortune for which the one enriched has not paid or worked and morally and ethically should not keep. A person who has been unjustly enriched at the expense of another must legally return the unfairly kept money or benefits.

**Unjust Enrichment Legal Definition | Merriam-Webster Law ...**
https://www.merriam-webster.com/legal/unjust enrichment ▾
Legal definition of **unjust enrichment**: the retaining of a benefit (as money) conferred by another when principles of equity and justice call for restitution to the other party; also : the retaining of property acquired especially by fraud from another in circumstances that demand the judicial imposition of a constructive trust on behalf of those who in equity ought to receive it.

**Unjust Enrichment - Definition, Examples, Cases, Processes**
https://legaldictionary.net/unjust-enrichment ▾
Apr 08, 2017 · **Unjust enrichment** is a term used to describe a situation wherein one party benefits at the other party's expense, in a situation the law considers to be unjust. **Unjust enrichment** is usually used to describe benefits that are received either accidentally or in error, but which have not been earned, and ethically should not be kept.

| What Is Unjust Enrichment | Unjust Enrichment Elements | Remedies For Unjust Enrichment |
|---|---|---|
| When someone is said to have been "unjustly enriched," this means that he has benefitted at someone else's expense, due to chance or mistake. In su... | There are two unjust enrichment elements that must exist in order for an unjust enrichment claim to succeed: 1. Consideration – There must have bee... | There are two types of remedies for unjust enrichment: personal remedies and proprietary remedies. When a personal remedy is awarded, this... |

PEOPLE ALSO ASK

Can you please explain unjust enrichment?     ⌄

Do I have a claim for unjust enrichment?     ⌄

Does unjust enrichment require a contract?     ⌄

What is a quantum meruit Lein?     ⌄

Feedback

**Unjust Enrichment Law - Find Unjust Enrichment Law**
https://www.info.com/unjust enrichment law ▾
Ad · Search **Unjust Enrichment** Law. Visit & Lookup Immediate Results Now
info.com has been visited by 1M+ users in the past month
Find Immediate Results! · Search & Lookup Results · Search Multiple Engines! · Search Now!
**Services:** Search Multiple Engines, Find Fast Results, Search & Lookup Results

**Unjust Enrichment Law - Search & Find Quick Results**
https://www.gopher.com/unjust enrichment law ▾
Ad · Search multiple engines for **Unjust Enrichment** Law.

**State Specific Legal Forms - Official US Legal Forms Site**
https://www.uslegalforms.com ▾          Subscribe
Ad · Instant Download, Mail Paper Copy or Hard Copy Delivery, Start and Order
Now! Subscribe a Plan for Unlimited Access to Over 85k US Legal Forms for just $8/mo.
This is a sample Complaint for a lawsuit for damages in a civil action.
uslegalforms.com has been visited by 10K+ users in the past month
BBB A+ Rated Business · Over 100k Legal Forms · Online Customers Support
US Legal Forms Basic - From $8.00/month



**Microsoft Bing**    united states consinutionm 18 sec 241

ALL    SHOPPING    IMAGES    VIDEOS    MAPS    NEWS

30,400,000 Results    Any time ▾

Including results for united states **constitution** 18 sec 241.
Do you want results only for united states consinutionm 18 sec 241?

**Related searches**

18 **us code section** 241

**section** 241 **of title** 18

### 18 U.S. Code § 241 - Conspiracy against rights | U.S. Code ...
https://www.law.cornell.edu/uscode/text/18/241 ▾
Historical and Revision Notes. Based on title **18**, U.S.C., 1940 ed., § 51 (Mar. 4, 1909, ch. 321, § 19,
35 Stat. 1092). Clause making conspirator ineligible to hold office was omitted as incongruous
because it attaches ineligibility to hold office to a person who may be a private citizen and who
was convicted of conspiracy to violate a specific statute.
18 U.S. Code 242 · Rio

### [USC02] 18 USC 241: Conspiracy against rights
https://uscode.house.gov/view.xhtml?req=(title:18... ▾
§**241**. Conspiracy against rights. If two or more persons conspire to injure, oppress, threaten, or
intimidate any person in any State, Territory, Commonwealth, Possession, or District in the free
exercise or enjoyment of any right or privilege secured to him by the **Constitution** or laws of the
**United States,** or because of his having so exercised the same; or

### Conspiracy Against Rights
https://www.justice.gov/crt/conspiracy-against-rights ▾
Aug 06, 2015 · Summary: **Section 241** of Title **18** is the civil rights conspiracy statute. **Section 241**
makes it unlawful for two or more persons to agree together to injure, threaten, or intimidate a
person in any state, territory or district in the free exercise or enjoyment of any right or privilege
secured to him/her by the **Constitution** or the laws of the Unites **States**, (or because of his/her ...

See united states constitution 18 sec 241     Ads ❼









| | | | | | |
|---|---|---|---|---|---|
| Constitution Of The Unite... | Constitution Of The Unite... | The Constitution... | United States Constitution | A Companion To The Unite... | The United States... |
| $40.93 | $25.95 | $7.48 | $10.00 | $43.56 | $0.99 |
| Walmart | Walmart | Alibris | Teachers Pa... | Second Sale | DOMAGRON |
| Free shipping | | 50% price dr... | | Free shipping | ★★★★★ 23 |

### 18 U.S.C. § 241 - U.S. Code Title 18. Crimes and Criminal ...
https://codes.findlaw.com/.../18-usc-sect-241.html ▾
**18** U.S.C. § **241** - U.S. Code - Unannotated Title **18**. ... Possession, or District in the free exercise or
enjoyment of any right or privilege secured to him by the **Constitution** or laws of the **United States**,
or because of his having so exercised the same; or ... and if death results from the acts
committed in violation of this **section** or if such ...

### Title 18, United States Code Section 241 & 242
lneilsmith.org/18usc.html ▾
**Title 18, United States Code Section 241** & 242. **UNITED STATES CODE**. TITLE **18** - CRIMES AND
CRIMINAL PROCEDURE. PART I - CRIMES. CHAPTER 13 - CIVIL RIGHTS. § **241**. Conspiracy
against rights. If two or more persons conspire to injure, oppress, threaten, or intimidate any
inhabitant of any State, Territory, or District in the free exercise or enjoyment of any right or ...

### Federal Civil Rights Statutes — FBI
https://www.fbi.gov/investigate/civil-rights/federal-civil-rights-statutes ▾

Title 18, U.S.C., Section 241 - ...    Title 18, U.S.C., Section 242 - ...    Title 18, U. ❯

This statute makes it unlawful for two or more persons to conspire to injure, oppress, threaten, or
intimidate any person of any state, territory or district in the free exercise or enjoyment of any right
or privilege secured to him/her by the Constitution or the laws of the United States, (or because of
his/her having exercised the same).It further makes it unlawful for two or more persons to go in
disguise on the highway or on the premises of another with the intent to prevent or hinder his...

See more on fbi.gov

## Title 18 of the United States Code - Constitution of ...

https://constitution.laws.com/title-18-of-the-united-states-code ▾

Dec 22, 2019 · Title **18** of the **United States** Code: Part I—Crimes. Chapter 1: General Provisions.
Chapter 2: Aircraft and Motor Vehicles. Chapter 3: Animals, Birds, Fish, and Plants

## U.S. Constitution - United States Congress

https://constitution.congress.gov/constitution ▾

**Section 1**    Section 2    Section 3    Section 4    Section 5    Secti... ⟩

All legislative Powers herein granted shall be vested in a Congress of the United States, which
shall consist of a Senate and House of Representatives.

See more on constitution.congress.gov

## 18 U.S. Code § 242 - Deprivation of rights under color of ...

https://www.law.cornell.edu/uscode/text/18/242 ▾

**18 U.**S. Code § 242. Deprivation of rights under color of law. **U.**S. Code. Notes. prev | next
Whoever, under color of any law, statute, ordinance, regulation, or **custom**, willfully subjects any
person in any **State**, Territory, Commonwealth, Possession, or District to the deprivation of any
rights, privileges, or immunities secured or protected by the **Constitution** or laws of the United ...

## Free United States Constitution - theweb.com

https://www.theweb.com/explore ▾

Ad Explore Free **United States Constitution**

24/7 · Top Resource · Trusted Guide · Instant Information
**Types:** Resources, Guides, Coupons, Deals, Offers, Info

## United States Constitution On eBay - Free Shipping On Many Items

https://www.ebay.com ▾

Ad Free Shipping Available. Buy on eBay. Money Back Guarantee!
ebay.com has been visited by 1M+ users in the past month
We Have Everything · World's Largest Selection · Top Brands · >80% Items Are New
**Types:** Fashion, Home & Garden, Electronics, Motors, Collectibles & Arts, Toys & Hobbies

## The Constitution Of The United States Of America - Instant Access w/ Kindle

https://www.amazon.com/kindle-store/books ▾

Ad Find The **Constitution** Of The **United States** Of America in Kindle Books on Amazon.
Online shopping from a great selection at Kindle Store Store.
Read Ratings & Reviews · Shop Best Sellers · Shop Our Huge Selection · Deals of the Day
You have visited amazon.com 14 times in last 90 days.

## Related searches for united states constitution 18 sec 241

18 **us code section** 241

**section** 241 **of title** 18

Including results for united states **constitution** 18 sec 241.
Do you want results only for united states consintutionm 18 sec 241?

1   2   3   4   5   ⟩

 Microsoft
Bing              united states constitution 42 sec 1982 83 85 86            🎤 

                   Sign in 3 of 5

ALL        IMAGES      VIDEOS      MAPS      NEWS      SHOPPING

2,990,000 Results      Any time ▾

## [USC02] 42 USC 1982: Property rights of citizens

https://uscode.house.gov/view.xhtml?edition=prelim... ▾

| Codification | Ex. Ord. No. 11063. Equal Op... | Part I–Prevention of Discrim | ⟩ |
| --- | --- | --- | --- |

R.S. §1978 derived from act Apr. 9, 1866, ch. 31, §1, 14 Stat. 27. Section was formerly classified to
section 42 of Title 8, Aliens and Nationality

See more on uscode.house.gov

## Section 1982 - Property rights of citizens, 42 U.S.C ...

https://casetext.com/statute/united-states-code/... ▾

**Section 1982** - Property rights of citizens. All citizens of the **United States** shall have the same
right, in every State and Territory, as is enjoyed by white citizens thereof to inherit, purchase, lease,
sell, hold, and convey real and personal property. **42** U.S.C. § **1982**. R.S. §1978.

## 26 U.S. Code § 85 - Unemployment compensation | U.S. Code ...

https://www.law.cornell.edu/uscode/text/26/85 ▾

Effective Date of 1983 Amendment. Amendment by **section** 121(f)(1) of Pub. L. 98–21 applicable
to benefits received after Dec. 31, 1983, in taxable years ending after such date, except for any
portion of a lump-sum payment of social security benefits received after Dec. 31, 1983, if the
generally applicable payment date for such portion was before Jan. 1, 1984, see **section** 121(g) ...

## California Revenue And Taxation Code Section 96.31

https://lawlink.com/research/codes/35/detail/... ▾

(a) For the 1985-**86** fiscal year and each fiscal year<br>thereafter, no jurisdiction shall impose a
property tax rate pursuant<br>to subdivision (a) of **Section** 93, unless it is imposed for one
or<br>more of the following purposes:<br> (1) To make annual payments for the interest and
principal on<br>general obligation bonds approved by the voters before July 1, 1978,<br>and ...

## SEC FORM 4

https://www.sec.gov/Archives/edgar/data/1576280/... ▾

**UNITED STATES** SECURITIES AND EXCHANGE COMMISSION Washington, D.C. 20549
STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP Filed pursuant to **Section** 16(a) of the
Securities Exchange Act of 1934 or **Section** 30(h) of the Investment Company Act of 1940

## 26 U.S. Code § 86 - Social security and tier 1 railroad ...

https://www.law.cornell.edu/uscode/text/26/86 ▾

| Benefits | Example | Elections |
| --- | --- | --- |

For purposes of this section, the amount of social security benefits received during any taxable
year shall be reduced by any repayment made by the taxpayer during the taxable year of a social
security benefit previously received by the taxpayer (whether or not such benefit was received
during the taxable year). For purposes of this subsection, a social security benefit is attributable to
a taxable year if the generally applicable payment date for such benefit occurred during such tax...

See more on law.cornell.edu

## United States Constitution Pocket at Amazon® - Amazon Official Site

https://www.amazon.com ▾  🚚 Free Shipping on Qualified Orders

Ad  Buy **United States Constitution** Pocket at Amazon. Free Shipping on Qualified Orders.
Explore Amazon Devices · Fast Shipping · Read Ratings & Reviews · Deals of the Day
You have visited amazon.com 14 times in last 90 days.

## Full Text Of Us Constitution - Search for Info & Results Now

Case 1:22-cv-12036-TLL-PTM    ECF No. 1, PageID.30    Filed 08/30/22    Page 30 of 35

30/34

shall consist of a Senate and House of Representatives.

See more on constitution.congress.gov

### The Constitution - Full Text | The National Constitution ...

https://constitutioncenter.org/interactive-constitution/full-text ▾

We the People of the **United States**, in Order to form a more perfect Union, establish Justice, insure domestic Tranquility, provide for the common defence, promote the general Welfare, and secure the Blessings of Liberty to ourselves and our Posterity, do ordain and establish this **Constitution** for the **United States** of America.

### 18 U.S. Code § 242 - Deprivation of rights under color of ...

https://www.law.cornell.edu/uscode/text/18/242 ▾

18 **U.S. Code** § 242. Deprivation of rights under color of law. **U.S. Code**. Notes. prev | next. Whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any **State**, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the **Constitution** or laws of the United ...

### THE TWO US CONSTITUTIONS | National Liberty Alliance

https://www.nationallibertyalliance.org/two-us-constitutions ▾

On July 4, 1776, the people claimed their independence from Britain and Democracy was born. And for 95 years the **United States** people were free and independent. That freedom ended in 1871 when the original "**Constitution** for the **united states** for America" was changed to the "THE **CONSTITUTION** OF THE **UNITED STATES** OF AMERICA".

### United States Constitution On eBay - Free Shipping On Many Items

https://www.ebay.com ▾

Ad · Free Shipping Available. Buy on eBay. Money Back Guarantee!

ebay.com has been visited by 1M+ users in the past month

We Have Everything · World's Largest Selection · Top Brands · >80% Items Are New

**Types:** Fashion, Home & Garden, Electronics, Motors, Collectibles & Arts, Toys & Hobbies

### The Constitution Of The United States Of America at Amazon® - Amazon Official Site

https://www.amazon.com ▾

Ad · Buy The **Constitution** Of The **United States** Of America at Amazon. Free Shipping on Qualified Orders.

Explore Amazon Devices · Shop Our Huge Selection · Fast Shipping · Shop Best Sellers

**Departments:** United States History, Constitutions, General Constitutional Law and more

You have visited amazon.com 14 times in last 90 days.

### the constitution united states - Print or Fill Out Online

https://of-306-form.com ▾

Ad · the **constitution united states**. Blank Forms, PDF Forms, Printable Forms, Fillable Forms. the **constitution united states**. Easily Download & Print Forms From.

of-306-form.com has been visited by 10K+ users in the past month

### Related searches for united states constitution title 42 sec 1983

constitution **of the** united states **pdf**

**the** constitution **of the** united states

1    2    3    4    5    ❯

Privacy and Cookies     Legal     Advertise     About our ads     Help     Feedback          © 2020 Microso


Microsoft
Bing            united states constitution titl42 sec1983

ALL        IMAGES        VIDEOS        MAPS        NEWS        SHOPPING

5,010,000 Results        Any time ▾

### 42 U.S. Code § 1983 - Civil action for deprivation of ...
https://www.law.cornell.edu/uscode/text/42/1983 ▾
42 **U.S. Code** § 1983. Civil action for deprivation of rights. Every person who, under color of any
statute, ordinance, regulation, custom, or usage, of any **State** or Territory or the District of
Columbia, subjects, or causes to be subjected, any **citizen** of the **United States** or other person
within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured ...
42 U.S.C. 1982 · Chapter 21 · Subchapter I · Title 42. The Public Health and Welfare

### 2016 US Code :: Title 42 - The Public Health and Welfare ...
https://law.justia.com/codes/us/2016/title-42/chapter-21/subchapter-i/sec.-1983 ▾
**Title 42** - The Public Health and Welfare. Chapter 21 - Civil Rights. Subchapter I - Generally. **Sec.**
1983 - Civil action for deprivation of rights. Download PDF. **Citation.** 42 **U.S.C.** § 1983 (2016)
Section Name. **§1983**.

### Section 1983 and Civil Rights Lawsuits - FindLaw
https://criminal.findlaw.com/criminal-rights/42-u-s-code-section-1983.html ▾
Mar 20, 2019 · In fact, if a **state** actor uses the legal system to deprive someone of their
**constitutional** rights, the person may have a cause of action against them in the form of a civil
rights lawsuit. More specifically, 42 **U.S.** Code, Section 1983 provides a civil cause of action
against the person responsible. Civil Rights Lawsuits: Text of Section 1983

PEOPLE ALSO ASK

What is Section 1983 of Title 42?                                          ⌄

Does the US have two constitutions?                                       ⌄

What is the Civil Rights Code Section 1983?                               ⌄

What is the Statute of limitations for a violation of Section 1983?       ⌄

                                                                     Feedback

### [PDF] 42 USC Section 1983- Civil Action for Deprivation of Rights
www.fsfac.org/userfiles/files/Section_1983_rough_draft_updated051720153.pdf
A person bringing an action under **Section 1983** may prevail only if he or she can demonstrate
(show) that he or she was "deprived" of rights secured by the **United States Constitution** or **federal
statutes**.

### Section 1983 legal definition of Section 1983
https://legal-dictionary.thefreedictionary.com/Section+1983 ▾
   **Jurisdiction**        Elements of A Section 1983 ...        **Absolute and Qualified Immu.**   ❯

Federal courts are authorized to hear cases brought under section 1983 pursuant to two statutory
provisions: 28 U.S.C.A. § 1343(3) (1948) and 28 U.S.C.A. § 1331 (1948). The former statute
permits federal district courts to hear cases involving the deprivation of civil rights, and the latter
statute permits federal courts to hear all cases involving a federal question or issue. Cases
brought under section 1983 may therefore be heard in federal courts by application of both juris...

See more on legal-dictionary.thefreedictionary.com

### U.S. Constitution - United States Congress
https://constitution.congress.gov/constitution ▾
   **Section 1**        Section 2        Section 3        Section 4        Section 5        Secti   ❯

All legislative Powers herein granted shall be vested in a Congress of the United States, which

Related searches

constitution **of the** united states **pdf**

**the** constitution **of the** united states

 Microsoft Bing     united states constitution sec1985      

Sign in

ALL    SHOPPING    IMAGES    VIDEOS    MAPS    NEWS

65,500,000 Results    Any time ▾

## 42 U.S. Code § 1985 - Conspiracy to interfere with civil ...
https://www.law.cornell.edu/uscode/text/42/1985 ▾

If two or more persons in any State or Territory conspire to prevent, by force, intimidation, or threat, any person from accepting or holding any office, trust, or place of confidence under the United States, or from discharging any duties thereof; or to induce by like means any officer of the United States to leave any State, **district**, or **place**, where his duties as an officer are **required** to ...

## U.S. Constitution - United States Congress
https://constitution.congress.gov/constitution ▾

Section 1    Section 2    Section 3    Section 4    Section 5    Secti ❯

All legislative Powers herein granted shall be vested in a Congress of the United States, which shall consist of a Senate and House of Representatives.

See more on constitution.congress.gov

## Images of United States Constitution Sec 1985
bing.com/images



See all images ❯

## 42 U.S. Code § 1981 - Equal rights under the law | U.S ...
https://www.law.cornell.edu/uscode/text/42/1981 ▾

All persons within the jurisdiction of the **United States** shall have the same right in every State and Territory to make and enforce contracts, to sue, be parties, give evidence, and to the full and equal benefit of all laws and proceedings for the security of persons and property as is enjoyed by white citizens, and shall be subject to like punishment, pains, penalties, taxes, licenses, and ...

## See united states constitution sec 1985

Ads ❓

    

| The Constitution... | Pocket Edition Of The... | Constitution Of The Unite... | A View Of The Constitution... | The Constitution... | The United States... |
|---|---|---|---|---|---|
| $5.01 | $15.52 | $39.95 | $16.95 | $37.94 | $8.28 |
| Second Sale | Walmart | Second Sale | Amazon.com | eBay | Second Sale |
| ★★★★★ 23 | | Free shipping | | Free shipping | Free shipping |

## Constitution of the United States - Wikipedia
https://en.wikipedia.org/wiki/Constitution_of_the_United_States ▾

The **Constitution** of the **United States** is the supreme law of the **United States** of America. The **Constitution**, originally comprising seven articles, delineates the national frame of government.Its first three articles embody the doctrine of the separation of powers, whereby the federal government is divided into three branches: the legislative, consisting of the bicameral ...

---

### United States Constitution
Organization



The Constitution of the United States is the supreme law of the United States of America. The Constitution, originally comprising seven articles, delineates the national frame of government. Its first three articles embody the doctrine of the separation of powers, whereby the federal government is divided into three branches: the legislative, consisting of the bicameral Congress; the executive, consisting of the president and subordinate officers; and the judicial, consisting of the Supreme Court and other federal courts. Article IV, Article V and Article VI embody concepts of federalism, describing the rights and responsibilities of state governments, the states in relationship to the federal government, and the shared process of constitutional amendment. Article VII establishes the procedure subsequently used by the thirteen States to ratify it. It is regarded as the oldest written and codified national constitution in force.

 Wikipedia     Facebook

**Trivia:** On September 17, 1787, following Benjamin Franklin's speech, delegates to the Constitutional... · See more

### Timeline

**1620**

Nov
**Passengers on the Mayflower sign the Mayflower Compact**

**1776**

Jul
**The Declaration of Independence is adopted**

**1777**

Dec
**Virginia becomes the first state to ratify the Articles on Confederation**

See all events



8/13/2020
united states constitutionsec42sec1986 - Bing
Case 1:22-cv-12036-TLL-PTM   ECF No. 1, PageID.33   Filed 08/30/22   Page 33 of 35



Microsoft Bing          united states constitutionsec42sec1986

ALL    IMAGES    VIDEOS    MAPS    NEWS    SHOPPING

364,000,000 Results     Any time ▾

## 42 U.S. Code § 1986 - Action for neglect to prevent | U.S ...
https://www.law.cornell.edu/uscode/text/42/1986 ▾
Every person who, having knowledge that any of the wrongs conspired to be done, and mentioned
in section 1985 of this title, are about to be committed, and having power to prevent or aid in
preventing the commission of the same, neglects or refuses so to do, if such wrongful act be
committed, shall be liable to the party injured, or his legal representatives, for all damages ...
Code 1987 · 42 U.S.C. 1985

## 42 U.S. Code § 1985 - Conspiracy to interfere with civil ...
https://www.law.cornell.edu/uscode/text/42/1985 ▾
If two or more persons in any State or Territory conspire to deter, by force, intimidation, or threat,
any party or witness in any court of the **United States** from attending such court, or from testifying
to any matter pending therein, freely, fully, and truthfully, or to injure such party or witness in his
person or property on account of his having so attended or testified, or to influence ...

## U.S. Constitution - United States Congress
https://constitution.congress.gov/constitution ▾

**Section 1**   Section 2   Section 3   Section 4   Section 5   Secti ›

All legislative Powers herein granted shall be vested in a Congress of the United States, which
shall consist of a Senate and House of Representatives.

See more on constitution.congress.gov

## The Constitution - Full Text | The National Constitution ...
https://constitutioncenter.org/interactive-constitution/full-text ▾
We the People of the **United States**, in Order to form a more perfect Union, establish Justice,
insure domestic Tranquility, provide for the common defence, promote the general Welfare, and
secure the Blessings of Liberty to ourselves and our Posterity, do ordain and establish this
Constitution for the **United States** of America.

## The Constitution of the United States: A Transcription ...
https://www.archives.gov/founding-docs/constitution-transcript ▾

**article. I.**   **article. II.**   **Article III.**   **article. IV.**   **article. v.**   **articl** ›

All legislative Powers herein granted shall be vested in a Congress of the United
States, which shall consist of a Senate and House of Representatives.

See more on archives.gov

## Constitution for the United States - We the People
https://constitutionus.com ▾
(Preamble) We the People of the **United States**, in Order to form a more perfect Union, establish
Justice, insure domestic Tranquility, provide for the common defence, promote the general
Welfare, and secure the Blessings of Liberty to ourselves and our Posterity, do ordain and
establish this Constitution for the **United States** of America.. Article I (Article 1 - Legislative)

## petitions.whitehouse.gov
https://petitions.whitehouse.gov/petition/save-united-states-postal-service-0
We would like to show you a description here but the site won't allow us.
Learn more

### Related searches
constitution of the united states **pdf**
**the** constitution of **the** united states
constitution united states **america pdf**
constitution of the united states of america

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 08 / 22 , 2022

Signature of Plaintiff

Printed Name of Plaintiff   JOHN J. STAPLETON

6

PRESS FIRMLY TO SEAL

PRESS FIRMLY TO SEAL

TYVEK® IS RECYCLABLE.
HDPE ©2005. DUPONT™ and TYVEK® ARE TRADEMARKS OF DUPONT.





UNITED STATES
POSTAL SERVICE ®

MAILING ENVELOPE
FOR DOMESTIC AND INTERNATIONAL USE

Expected delivery date specified for domestic use.
Most domestic shipments include up to $50 of insurance (restrictions apply).*
USPS Tracking® included for domestic and many international destinations.
Limited international insurance.**
When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic
Mail Manual at http://pe.usps.com.
**See International Mail Manual at http://pe.usps.com for availability and limitations of coverage.

TRACKED ■ INSURED

USPS.COM/PICKUP

To schedule free Package Pickup,
scan the QR code.

PS00000000013

EP14 May 2020
OD: 11 5/8 x 15 1/8

Label 228, March 2016

FOR DOMESTIC AND INTERNATIONAL USE

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

PRIORITY
★ MAIL ★







US POSTAGE PAID
$12.70

FROM:
John Stapleton
Box 73
Kinder MI 48445

TO:
Federal Court
231 W. Lafayette Blvd
Detroit MI 48226

Room 200

RECEIVED
AUG 3 0 2022
CLERK'S OFFICE
U.S. DISTRICT COURT