UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

JOHN J. STAPLETON,

        Plaintiff,                    Case No. 1:22-cv-12036

v.                                     Honorable Thomas L. Ludington
                                       United States District Judge

JOHN DOE et al.,

                                       Honorable Patricia T. Morris
        Defendants.              United States Magistrate Judge

_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING CASE**

On August 30, 2022, John J. Stapleton brought claims under six federal statutes and the United Nations Charter of Rights against 12 defendants. ECF No. 1.[1] The case was referred to Magistrate Judge Patricia T. Morris. ECF No. 6.

On October 6, 2022, Judge Morris recommended that this Court *sua sponte* dismiss the Complaint. R&R, ECF No. 21 ("I conclude that Plaintiff has failed to state a plausible or non-frivolous claim . . . ."). The R&R states that the parties may object to and seek review of the R&R within 14 days of service, but neither party filed any objections.[2] They have therefore waived their right to appeal Judge Morris's findings. *See Thomas v. Arn*, 474 U.S. 140, 149 (1985).

Accordingly, it is **ORDERED** that Plaintiff's Objection, ECF No. 9, is **OVERRULED**, the Report and Recommendation, ECF No. 8, is **ADOPTED**, and Plaintiff's Complaint, ECF No. 1, is **DISMISSED WITH PREJUDICE**.

Dated: October 25, 2022                s/Thomas L. Ludington
                                                THOMAS L. LUDINGTON
                                                United States District Judge

---

[1] This case might be related to another case Plaintiff filed. *See Austin v. Stapleton*, No. 1:22-CV-11895, 2022 WL 4286847 (E.D. Mich. Sept. 15, 2022). But that will not explored here.

[2] Plaintiff filed an objection, but it is illegible and incomprehensible. *See generally* ECF No. 9.